15 46

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Criminal No. 15-168 |
| --- | --- | --- |
| v. | ) | |
| | ) | [18 U.S.C. §§ 2261A(2) and 2] |
| | ) | **[UNDER SEAL]** |
| FREDERICK H. BANKS | ) | |

INDICTMENT

The grand jury charges:

In and around June, 2015, in the Western District of Pennsylvania, and elsewhere, the defendant, FREDERICK H. BANKS, with intent to harass or cause substantial emotional distress to a person in another State, used an interactive computer service and a facility of interstate commerce to engage in a course of conduct that caused substantial emotional distress to that person; to wit, defendant FREDERICK H. BANKS, who resided in Pennsylvania, sent harassing and threatening communications in the form of telephone calls to an individual, T.P., who resided in Florida, and a posting on Craigslist and thereby caused T.P. substantial emotional distress.

In violation of Title 18, United States Code, Sections 2261A(2) and 2.

_____
Foreperson

_____
DAVID J. HICKTON
UNITED STATES ATTORNEY
PA ID No. 34524