**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:15-cr-00168 |
| | ) | |
| FREDERICK H. BANKS, | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendant. | ) | |

Hearing Type:   Telephonic Status Conference

Date:   August 26, 2015

Before:   Judge Mark R. Hornak

| | |
|---|---|
| AUSA | Robert Cessar |
| Counsel for Defendant | Adrian Roe |
| Court Reporter | Karen Earley |
| Law Clerk/Deputy Clerk | BJL/BDB |
| Start time | 1:30 pm |
| End time | 2:05 pm |

A status conference was held.