IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) 2:15-cr-00168-1 |
| v. | ) |
| | ) Judge Mark R. Hornak |
| FREDERICK H. BANKS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The oral motion of the Defendant, made on the record by counsel for the Defendant at the status/scheduling conference of August 26, 2015 for an examination of the Defendant by Dr. Robert Wettstein is GRANTED. Dr. Wettstein will conduct such examination at the earliest feasible time, and shall prepare a written report of his findings and recommendations relative to the Defendant's condition, and his competence to understand the nature and consequences of the charges pending against him and to effectively participate in his defense. Counsel for Defendant shall provide a copy of that report to Counsel for the United States, per the stipulation of counsel, and shall provide a copy of that report to the Court forthwith upon its receipt. The Court will thereafter set a status and scheduling conference.

IT IS FURTHER ORDERED that the time from the date of this Order until and including the date thirty (30) days after Dr. Wettstein's report is provided to the Court is deemed excludable delay under the Speedy Trial Act, codified at 18 U.S.C. 3161 et seq. Specifically, the Court finds that the ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant to a speedy trial since the failure to grant such a continuance would deny counsel for

the defendant reasonable time and information which are necessary for effective preparation taking into account the exercise of due diligence. 18 U.S.C. 3161(h)(7)(B)(iv).

_____
Mark R. Hornak
United States District Judge

Dated: September ____, 2015

cc: All counsel of record