United States District Court
for the Western District of Pennsylvania

United States of America,
                              )
    v.                        )
                              )   Criminal No. 15-CR-168
Frederick H. Banks,           )
        Defendant.            )

## Notice of Appeal of Bond Hearing on August 11, 2015 to the District Judge

Defendant Frederick H. Banks hereby gives notice to the Court and the parties that on this 21st day of August, 2015 he appeals the order of the U.S. Magistrate Judge entered on or about August 11, 2015 to the United States District Judge denying bond in this case.

Respectfully Submitted,

Frederick Banks
#120759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219
Defendant

### Certificate of Service/Filing

I hereby certify that the foregoing copy of this notice of appeal was served and filed under the penalty of perjury on 8/21/15 postage prepaid first class by handing a copy to the corrections officer addressed to Clerk, US Dist Court, 700 Grant St, Pgh, PA 15219 under the provisions of the prison mail box rule by mail delivery upon the following:

Office of the U.S. Atty [electronic notification]
US Courthouse
700 Grant St
Pgh, PA 15219

Frederick Banks