NAME: Frederick Banks

DOC & POD NUMBER 120759
ALLEGHENY COUNTY JAIL
950 2ND AVE
PITTSBURGH, PA 15219-3100

ADDRESS MUST BE PRINTED BELOW THIS LINE

Clerk, US District Court
US Court house
700 Grant Street
Pittsburgh, PA 15219

DO NOT COLOR OR WRITE BELOW THIS LINE

HGX-PSF 15219

UNITED STATES POSTAGE
$00.368
SEP 23 2015
MAILED FROM ZIP CODE 15219
02 1R
0002007759

PRESORTED
FIRST CLASS