# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | 2:15-cr-00168 |
| | ) | |
| FREDERICK H. BANKS, | ) | **ELECTRONICALLY FILED** |
| | ) | |
| Defendant. | ) | |

Hearing Type:   Hearing

Date:   October 15, 2015

Before:   Judge Mark R. Hornak

| AUSA | Ryan Hart |
|---|---|
| Counsel for Defendant | Adrian Roe |
| Court Reporter | Julie Kienzle |
| Law Clerk/Deputy Clerk | MJG/BDB |
| Start time | 3:14 PM |
| End time | 3:59 PM |

A hearing was held with the Defendant present.