United States District Court
for the Western District of Pennsylvania

United States of America,
v.
Frederick Banks,
Defendant.

15-CR-168

FILED
OCT 1 2015
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## CIA Wireless Transmissions

Defendant files the foregoing wireless transmissions he is receiving in real time from the CIA. The government employed billion dollar "synthetic telepathy" technology against him 24/7 to try to get him to stop filing lawsuits and to harass him.

1. "We're taking your home", "You are going to receive a 195 million dollar settlement." (defendant notes the CIA made several increases in this script. The monetary amount of the settlement increased from 47 million to its present amount of 195 million for defendants ten years he served in federal prison as a result of Timothy Pivnichny's set up as alleged). "You are going to receive a Presidential pardon". "They exposed Pivnichny's set up in the Thursday edition of the USA Today." (The CIA claimed this because they knew I had no access to the Thursday (of last week) USA edition. The CIA operators claimed that they controlled what appeared in the USA today and discussed the fact that defendant made the front page of the USA today previously in connection with the Bernard Madoff litigation. See google.com "Bernard Madoff Frederick Banks.") "We don't want to believe you can be living in prison filing on the USA." "Why don't you stop filing on us." "We know you're a straight William." "Exactly!"

2. The CIA piped in video to Defendant's dreams to even harass him while he was asleep and kept their harassing communications going late into the mornings to deprive Defendant of sleep. This A state dreaming video device will be discussed in vivid detail by experts testifying at the trial in this matter who include Dr. Robert Duncan a CIA Scientist and Dr. John Hall the author of "Guinea Pigs." Duncan has worked on this technology himself. The allegations Defendant is making, that is, the FBI set him up then retaliated by employing the CIA to harass him when he contested.t, The FBI retaliated in additional ways as well such as failing to return defendants property & other items even when court ordered to do so, seizing items such as a Nikon camera from

defendant without listing it on an inventory sheet, and bringing the instant case for "harassing communications" as an inside practical joke because they knew that defendant was really the person being harassed by the CIA! The U.S. Speaker of the House who received a letter from defendant and a telephone call did not think that exposing U.S. Intelligence secrets to a prolific litigator was the least bit funny at all. In fact he told Defendant that both the FBI & CIA will be investigated by Congress and he did not laugh when Defendant told him that the government referred to the technology in a joking manner as "Space Beams". The Jig is up. The USA's day is at an end when it can randomly employ non-Lethal weapons on ordinary U.S. citizens. The Financial penalty will be stiff. Defendant calculated what a over ten year sentence in federal prison would potentially payout in a U.S. settlement under City of Tampa v. Travesant and the amount is over $3.650 Billion dollars. (In Travesant the court found that $20,000 for ten minutes of unlawful incarceration was warranted.)

Therefore, Defendant enters the foregoing into the record in this case.

Respectfully submitted,

Frederick Banks
#720759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

DEFENDANT.

Certificate of Service

I hereby certify that on this 11th day of October, 2015 I served a true and correct copy of the foregoing by mail delivery upon the following:

Office of the U.S. Attorney
7000 US Courthouse
700 Grant St.
Pgh, PA 15219

Frederick Banks