NAME: Frederick Banks

DOC & POD NUMBER #120759 2F
ALLEGHENY COUNTY JAIL
950 2ND AVE
PITTSBURGH, PA 15219-3100

ADDRESS MUST BE PRINTED BELOW THIS LINE

Robert V. Barth, Jr.,
Clerk, U.S. District Court
U.S. Courthouse
700 Grant St.
Pittsburgh, PA 15219

DO NOT COLOR OR WRITE BELOW THIS LINE