IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:15 cr 00168 MRh |
| v. | ) |
| MICHAEL JOSEPH MORELL, | ) |
| a/k/a FREDERICK BANKS, a/k/a | ) |
| BERNIE MADOFF, a/k/a | ) |
| VAMPIRE NATION, | ) |
| a Native American, | ) |
| Defendant. | ) |



### NOTICE OF APPEAL AND INFORMAL BRIEF TO THE THIRD CIRCUIT; IN THE ALTERNATIVE, PETITION FOR WRIT OF HABEAS CORPUS DIRECTED TO THE UNITED STATES COURT OF APPEALS; MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL MOTION TO APPOINT NON-CONFLICT OF INTEREST RIDDEN AND NON-INEFFECTIVE COUNSEL

Defendant appeals from the Order of September 29, 2015, denying his appeal from the Magistrate Judge to the United States Court of Appeals for the Federal Circuit. Contrary to the decision of the district court, counsel and the district court have no authority to deny appellant the right to appeal. Appellant maintained a right to appeal regardless of counsel's decision not to appeal and counsel's failure to file a notice of appeal within the time period is per se ineffective assistance of counsel. To the extent the district court properly refused to hear the bail appeal from the Magistrate Judge, then Appellant is entitled to habeas corpus relief including a full bail hearing in front of a district judge or other Article 1 judge. Appellant does not consent to decisions by a Magistrate Judge.

Appellant moves the United States Court of Appeals to allow him to proceed in forma pauperis as he presently has a CJA appointed attorney, is subject to mind control measure of the CIA which impair his ability to earn an income, and officials at the Allegheny County Prison refuse to allow the non-convicted person to earn an income from the facility impairing and impeding the ability to acquire counsel of choice.

NOTICE OF FILING ON OCTOBER 25, 2015: Defendant placed this Notice of Appeal in the institutional mailbox, postage prepaid, addressed to the Clerk of Court on October 25, 2015, pursuant to Houston v. Lack and, therefore, the date of filing is October 25, 2015.

Respectfully submitted,

Defendant.