RETURN SERVICE REQUESTED
PRSRT
FIRST CLASS

Hasler
11/09/2015
US POSTAGE $00.68⁸

FIRST CLASS MAIL AUTO
ZIP 53717
011D11622339

Frederick Banks
120759
Allegheny County Jail
950 2nd Avenue
Pittsburgh PA 15219

49523289*45528*0*292804361906550044*0688*F182    1/2

Robert V Barth
Clerk US District Court
US Courthouse
700 Grant Street
Pittsburgh PA 15219