Frederick Banks
#120759
Allegheny County Jail
950 second Ave
Pittsburgh, PA 15219

for the Western District of Pennsylvania

USA,                              )          15-CR-168
        v                         )          03-CR-245
Banks                             )          04-CR-176
        Letter to The Chief Judge

Chief Judge Joy Flowers Conti
US Courthouse
700 Grant Street                              11/19/15
Pittsburgh, PA 15219

RE: USA v Banks, 15-CR-168
    To Judge Conti and the Law Clerk,
Hello! I write you in your capacity as Chief
Judge of the Court. I have some serious concerns
about the above prosecution. After complaining for
over 10 years (while in prison mostly) about the fact
That I was set up by FBI special agent Timothy
Punchany See details in Banks v Punchany at google.com
In 2015 the FBI (20 agents) arrested me on a
Grand Jury Indictment of Cyberstalking which the
U.S. Marshalls at NEOCC have listed as "harassing
communications" The 20 FBI agents had a Search
warrent that contained no Affidavit (it was not
attached!), I did not give consent for the search. They
took more electronic items (2 Computers, a Kindle tablet
my cell phone, wallet and keys) They have not even
returned the items from the supervised release violation
Search I had in front of your court even though you
told them to. The FBI continues to come to my home

1 of 6

(over)
↓

and steal from me. I want all my property back. On the morning of the search the FBI called (a woman who said she was calling for Sean Langford) on August 17, 2015 and told me I could come in and pick up the items at 10am, a cruel joke, because they arrested me on the front porch at 10am. They never returned the items. Also, they still have the Firearms I now have documents showing this which I obtained from FBI headquarters in a FOIA request. So they lied to the court. The Indictment in 15-cr-168 was changed. The first one says Plumcomy is an agent of the Federal Bureau of Investigation See Arraignment & First appearance transcripts of 8/7/15 and 8/11/15. The one I have now states he is an individual. They are both "Indictments". They can't do that! They are misusing Grand Jury subpoenas. The grand Jury subpoena o Sprint shows the U.S. Atty's office sent and received the documents. Only the Grand Jury can issue a Grand Jury Subpoena because it is an independent investigative body. At the arraignment I put on the record that the attorney Adrian Roe is not authorized to file any motions. "I want my 70 day Speedy trial". I asked Roe to file a Notice of Appeal of the bond ruling. Instead, without my consent Roe on Aug 26, 15 filed a Motion for Reconsideration. On Sept 1st, 2015

Judge Hornak issued an order stopping the Speedy Trial Clock. At the first appearence AUSA Cessar filed the Dr. Wettstein Report you ordered in Nov 2013. In previ motion he asked for another evaluation! I never authorized this. I'm tired of these court officers trying to make like I'm "crazy" and slandering and libeling me all over pittsburgh. and the world. The facts of electronic harassment are this.

※ everyone on the internet knows that the CIA is simulating schizophrenia in Targeted Individuals by using synthetic Telepathy

※ I can now prove what I'm saying by subpoening a CIA Scientist named Dr. Robert Duncan and author of new Breed & Guinea pigs Dr. John Hall who are both available to testify. See Dr. John Hall and Dr. Robert Duncan Interviews at Youtube.com   Duncan is a CIA scientist who worked on the technology I complained about.

※ The CIA on its own website talks about synthetic telepathy See cia.gov "Telepathic Behavior Modification" which is the same technology employed in operation Dessert storm See google.com "Voice of God weapon" on which IRAQI soldiers were told inside there heads

3 of 6

(over)
↓

That "Allah wants you to surrender") The CIA most recently had used this technology to cause chaos in the USA by among other things murdering innocent US citizens. See USA today cover story of 8/17/15? on the shooting of Allison Parker a reporter in Roanoke, VA by Vester Flannigan. In this article Flannigan stated "Jehovah told me to Act," thus the CIA's "Voice of God" weapon was employed. I note that the recent rash of "random" shootings on college campuses and the like is apparently to push a US govt gun control agenda. The US courts must step up and stop calling claims of CIA electronic harassment delusional claims. These claims of torture are real. One report states that there are now over 300,000 US citizens who are Targeted Individuals. See Freedom from Covert Harassment at ffch.com. Even Aaron Alexis the Navy Sea Systems Command was a Target. He described in vivid detail the technology before he went on a shooting spree. See Video on youtube.com (*1)

I asked Judge Hornak at the Bond hearing to Issue a protective order against the CIA and DJ director

John Brennan and I hope that he will act.
Judge Hornak took the matter under advisement.
* My point of that letter is to stop the delay
in this case. I have to be released immediately.
I have not had a shower since August 7, 2015
I am fed up with being a video game for
officials that are supposed to be protecting not
violating my rights. My trial was supposed to
commence on October 16, 2015 now it seems
because according to witnesses that After 10
long years Pinnechry has finally been investigated
The government does not want a trial because
They know Pinnechry cannot testify. Instead
they tried to dope me up with psych medication
when only Director Brennan needs these meds not
me.
* This Court and other Courts unfortunately
must employ electronic counter measures to
stop the CIA ELF signals in the Courthouse
This is because Judges, Juries and others of the
Court would have no way of knowing if the
CIA was employing this technology to influence them
and their decisions. The only way to bring
impartiality back into the judiciary is to block the

5 of 6

(over)

↓
∨

signal because the CIA in the past had already shown that it will not only target U.S. citizens but also court officers. See Sims v. CIA (DC D.C.); CIA v. Sims __ US __ (  ); Also see wikipedia at "MK Ultra" footnotes (stating that a U.S. Marshall sued the CIA because they employed drugs and experimented on him without his knowledge or consent).

✱ Atty Adrian Roe also told me that he could not represent me unless I pled guilty. In court he told Judge Hornak he never said it. Roe told me I was a career offender, another lie. In Court Judge Hornak brushed this off. Roe told me I was facing 10 years on a charge that carried 5. Roe refused to except my numerous calls to him he hasn't accepted one in violation of the ABA code of conduct, he hasn't kept in touch with his client. Roe entered a plea without my consent then later drilled me like he was interrogating me to admit something. "harassment" carries 90 days in the state. my non-violent offense has already had me in prison at $35,000 a year for the tax payer for nearly 4 months. Please respond in writing to my allegations. Thanks. CC: Director, administrative office of the US courts _____ Frederick Banks

Certificate of Service

I hereby certify that I served a true and correct copy of the foregoing by mail delivery on 11/19/15 upon the following:

Office of the US District Atty
US Courthouse
700 Grand Street
Pittsburgh, PA 15219

Frederick Banks

# My Due Process is being denied and violated by the delay.