**2:15-cr-168 – USA v. FREDERICK BANKS**
**Notes from Mr. Banks' telephone call to Chambers on December 2, 2015**

- Mr. Banks telephoned Chambers at approximately 10:30 AM on December 2, 2015 and spoke with Judge Hornak's Courtroom Deputy for approximately 3 minutes.

- Mr. Banks explained his frustration over his case not moving forward and that he would like to precede pro se and no longer have Mr. Adrian Roe as his counsel.

- Mr. Banks referenced several reasons why he believes Mr. Roe has been ineffective as his attorney – very little communication, and an inability to receive the discovery materials he is seeking being of his chief concerns.

- Mr. Banks explained that Dr. Wettstein has previously conducted an evaluation, and that any further evaluation by him does not make any sense.

- Mr. Banks stated that he believes the Court's Deputy, Judge Hornak, counsel, and the FBI are all conspiring against him.

- Mr. Banks communicated to the Court's Deputy that he (Deputy) is the reason the case is being delayed.

- Mr. Banks stated that he has spoken with Al Sharpton and Jessie Jackson regarding his case, and that both men are disappointed with how the case is currently proceeding.

- Mr. Banks reiterated that he is a Wiccan and explained his frustration over being incarcerated during the Halloween holiday, which he stated is the most important holiday on the Wiccan calendar.

- Mr. Banks explained that he has written to the President of the United States regarding his case (the letter can be found at 2:15-cr-168 – ECF No. 64).

- Mr. Banks requested a hearing to be held several times throughout the call.

- The Court's Deputy communicated to Mr. Banks that the Court is waiting on the results of Dr. Wettstein's report, and that the case is essentially "on hold" until the report is disclosed. Mr. Banks was also informed that since he is still represented by counsel, no merits of the case could be discussed with him individually over the phone.

- The telephone call ended when Mr. Banks' phone time at the ACJ expired.