IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 2:15-cr-168 |
| | ) | |
| FREDERICK BANKS, | ) | Judge Mark Hornak |
| | ) | |
| | ) | Electronically Filed |

**MOTION OF ADRIAN N. ROE
TO WITHDRAW AS COUNSEL FOR DEFENDANT**

The undersigned counsel respectfully submits this Motion to Withdraw. In support of the motion, counsel states the following:

1. The undersigned counsel ("Mr. Roe") was today contacted by Mark Weitzman, Esq., of the Pennsylvania Supreme Court Office of Disciplinary Counsel and informed that Defendant Banks had filed a disciplinary complaint against Roe. Mr. Weitzman stated that, consistent with the normal practice of his office, he suggested that in light of Mr. Bank's request that Mr. Roe file a motion to withdraw and then "let the judge decide."

2. Mr. Roe previously informed the Court that, in the event that Mr. Banks is deemed competent, Mr. Roe anticipated filing a motion to withdraw due to the breakdown in communication between Mr. Roe and Mr. Banks. *See* Joint Status Report (ECF 59) ¶ 5.

3. Mr. Roe further notes that Dr. Wettstein has recently completed his report and it is believed that the report has been mailed to the court. (Counsel has received it by email with an indication from Dr. Wettstein that he would be submitting it directly to the Court and counsel for the government.)

1

4. Before moving to withdraw, counsel had intended to renew the Motion for Release from Custody Subject to Appropriate Conditions (ECF No. 21).

WHEREFORE, Counsel moves for the Court to enter the proposed order attached hereto or another appropriate order.

Respectfully submitted,

Dated: December 9, 2015

s/Adrian N. Roe

Pa. Bar No. 61391
Suite 200, The Frick Building
437 Grant Street
Pittsburgh, PA 15219
412-281-4217
aroe@roelawoffice.com