**2:15-cr-168 – USA v. FREDERICK BANKS**
**Notes from Mr. Banks' telephone call to Chambers on December 11, 2015**

- Mr. Banks called chambers at approximately 9:30 AM on December 11, 2015.

- Mr. Banks initially spoke with Judge Hornak's Judicial Assistant for approximately 5 minutes before the Court's Deputy spoke with Mr. Banks.

- Mr. Banks relayed to the Court's Deputy that the Government is not aware that the recording they have is Central time, not Eastern, which gives him an alibi.

- Mr. Banks also described a potential Superseding Indictment as "bogus".

- Mr. Banks stated that the posting on Craigslist was done at a time when he was on the phone, so therefore, he could not have made the posting.

- Mr. Banks claimed he has no computer access at the jail, even though Judge Hornak has signed an Order granting him access – also asserting that other inmates are having the same issue.

- Mr. Banks stated he did not even want a motion for computer access filed, and the only filing he wanted was a "Notice of Appeal" regarding his bond, "because of his right to a speedy trial".

- Mr. Banks explained he has a paralegal degree and knows his rights under the law.

- Mr. Banks stated his attorney has not taken the action that he has requested of him.

- Mr. Banks said he has again spoken with the NAACP and Reverend Al Sharpton, and they would both like to know why he is still in prison.

- The phone call ended at approximately 9:40 AM (immediately after the "30 second warning recording" was announced), at which point Mr. Banks asked for Judge Hornak to be updated on the information he provided during the call and said "goodbye".