for the Western District of Pennsylvania

United States of America, )
       v. )              15-CR-168
Frederick Banks, )
    Defendant )
            )        Judge Mark Hornak

**Defendant's Exhibit In Support of Counsel's Motion to Withdraw Disciplinary Board Complaint Against Adrian Nathaniel Roe, Esquire**

FILED
DEC 28 2015
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Defendant Frederick Banks filed the foregoing exhibit against counsel and in support of his motion to withdraw and represents:

1. As Defendant has stated and told Mr. Roe numerous times and as he put on the Court record on 8/11/15 in open Court he did not and does not authorize Mr. Roe to file any motions in this case at all times material he demanded his <u>70 day Speedy Trial</u>. Roe ignored Defendant and filed numerous motions in the case starting with the 8/26/15 motion for a psych evaluation which Defendant <u>never authorized</u>! To Mark G. Weitzman Disciplinary Board counsel Roe lied again when he stated I "initially agreed that he file a motion to request that you undergo a mental evaluation..." See attached letter exhibit. Not only did I not agree Roe <u>never told me</u> that he would be filing a motion to have me mentally evaluated. The evaluation was bogus and a complete waste of taxpayer dollars because the government had already filed a November 2013 report in the case previously. I specifically told Roe to not do <u>anything</u> to delay this case and for good reason I knew then and have the Sprint records from the government which show that at the time the government was saying I posted the ad on Craigslist at issue in this case <u>I was on the telephone</u>. Everyone in this Court should be <u>terminated</u> from their positions because the only reason this case was brought was to delay to influence my litigation in a mortgage foreclosure in other words this Court tried to put me in prison and <u>steal my property</u>. Everyone and anyone related to this prosecution <u>will be judged by their Gods</u>! The bogus search warrant did not even have an affidavit attached to it. Defendant is looking forward to a Jury Trial because he wants people <u>fired</u> forthwith. Defendant also finds it

amazing that Roe said the motion for release was denied because the motion is still pending. Roe must be Nostradamus or someone's palm is being greased. It's also amazing how Roe was able to reschedule the competency hearing from 12/21/15 to 12/30/15 when it was his sole fault this matter has not been yet resolved. If it wasn't for this idiot representing me the Trial would have completed on 10/16/15!!!

THEREFORE, the foregoing Exhibit is hereby filed.

Respectfully submitted,

Frederick Banks
120759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Certificate of Service

I hereby certify that on this 20th day of December, 2015 I served a true and correct copy of the foregoing by mail delivery upon the following:

Clerk, US District Court
US Courthouse
700 Grant Street
Pittsburgh, PA 15219

Office of the US Atty
4000 US Courthouse
700 Grant Street
Pittsburgh, PA 15219

Frederick Banks