United States District Court
for the Western District of Pennsylvania

United States of America, )
v. )
Frederick Banks, et al., )
Defendants. )
 )
 )
 )
 )
 )

15-CR-168   11-CV-1475
03-CR-245   10-CV-1291
04-CR-176   13-CV-30208
12-CR-262   15-CR-102
11-CV-0350  13-CR-138
06-CV-0084  12-CV-929
10-CV-867
06-CV-0084
13-CV-954
11-CR-120

Attorney Score Card Wins/Losses (Criminal)
from Lexis Nexis Westlaw
_____

Defendant Frederick Banks an American Indian and pro se ("The Litigator")
Litigator files the foregoing Attorney Score Card Wins and Losses (Criminal)
of information compiled from Lexis Nexis Westlaw and PACER.

## Score Card

| Atty's | Wins | Losses | Ineffective Asst Claim |
|---|---|---|---|
| Mark A. Sindler | 0 | 11 | Yes |
| Patrick K. Nightingale | 0 | 6 | Yes |
| Adrian N. Roe | 0 | 9 | Yes |
| W. Penn Hackney | 0 | 25 | Yes |
| David B. Chontos | 0 | 22 | Yes |
| Ronald W. Hayward | 0 | 23 | Yes |
| Frederick Banks, Pro Se (Sample Decisions below) | 86 | 0 | No |
| Alonzo Burney | 0 | 7 | No |
| Stanley Greenfield | 0 | 16 | Yes |
| Scott Alan Westcott | 0 | 6 | No |
| Patrick Tomassey | 0 | 8 | Yes |

There is no other Federal Attorney in the history of the USA that has won more cases than Frederick Banks. Amazingly, proceeding pro se and with little legal training Frederick Banks prevailed in well over 80 criminal cases (I stopped counting at 86) See USA v. Jeffrey Allen Smith* 4:05-CR-195-A (ND Texas)   USA v. Crystal Lynn Mercer* (Texas) 2009 US Dist Lexis 62169a (ND New York)
USA v. Robert F. Wall, Banks v. One or more unknown named Confidential Informants of FPC Canaan, 2008 US Dist Lexis 48464 (MD PA) USA v. Lester Jones, 2006 US Dist Lexis 74609 (WDPA) (In Jones Banks advised defendant how to proceed at his 2255 evidentiary hearing. His 2255

motion was granted as a result), USA v. Frederick Banks 04-cr-176 (WDPA) (the court denied the government's motion to upward depart)(during a probation revocation trial the government withdrew one of the charges). Banks v. United States Marshal, 2013 US Dist Lexis 95466 (ND Ohio) (2241 petition granting Rule 60(b) motion).

Respectfully submitted,

Frederick Banks
#120759, Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

\* See pacer at 2255 Motion noting signature of Frederick Banks.

Certificate of Service

I hereby certify that on this 20th day of December, 2015 I served a true and correct copy of the foregoing by mail delivery upon the following:

Office of the US Attorney
4000 US Courthouse
700 Grant Street
Pittsburgh, PA 15219

Frederick Banks is available for free consultations as your legal assistant or advisor to your attorney or in civil litigation advice contact: hamiltonbrownllc@gmail.com www.facebook.com/hamiltonbrownfirm When you want results stick with a Living Litigation Legend THE LITIGATOR! (Righting the Wrongs for Common Citizens)

Frederick Banks