# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| v. | ) | 2:15-cr-00168 | |
| | ) | | |
| FREDERICK H. BANKS, | ) | **ELECTRONICALLY FILED** | |
| | ) | | |
| Defendant. | ) | | |

Hearing Type: Competency Hearing
Date: December 30, 2015
Before: Judge Mark R. Hornak

| | |
|---|---|
| AUSA | Robert S. Cessar |
| Counsel for Defendant | Adrian N. Roe |
| Court Reporter | Karen Earley |
| Law Clerk/Deputy Clerk | MJG/BDB |
| Start time | 9:08 AM |
| End time | 3:20 PM |

DEFENDANT PRESENT

**WITNESS:**
1) Dr. Robert Wettstein

**EXHIBITS:**
- Joint Exhibit 1: Dr. Wettstein CV
- Joint Exhibit 2: SEALED
- Government Exhibit 1: Christmas Card - Cessar
- Government Exhibit 2: Christmas Card - Hickton
- Government Exhibit 4: Habeas Petition
- Government Exhibit 5: Letter to Obama
- Government Exhibit 6: Letter to Judge Conti
- Government Exhibit 8: CIA wireless transmissions
- Government Exhibit 9: 09-213-DC (ECF No. 157)
- Government Exhibit 10: 09-213-DC (ECF No. 156)
- Government Exhibit 11: Drawing
- Government Exhibit 12: 15-936 (ECF No. 1)
- FHB Exhibit 1: Call records
- FHB Exhibit 2: Hexagon Records - 34740
- FHB Exhibit 3: Hexagon Records - 48287
- FHB Exhibit 4: Envelope
- Court Exhibit 1: Pearls Before Swine
- Court Exhibit 2: 15-1583 (Docket/ECF No. 5)
- Court Exhibit 3: Dr. Neeper Report

**NOTES:**
- An appropriate Order will enter