In the United States District Court
for the Western District of Pennsylvania

United States of America, )
v. ) 15-CR-168
Frederick Banks, )
   Defendant )

**FILED**
JAN 11 2016
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION TO TAKE JUDICIAL NOTICE

Defendant Frederick Banks moves to the Court to take judicial notice of the following facts.

1. Banks is an <u>American Indian</u> not an African American and the federal government recognizes and classifies him as an American Indian. See bop.gov inmate locator at #05711068. The PSI notes for case USA v. Banks, 03-CR-245 did not have the race box checked which is the initial point of confusion in the PSI's.

2. Banks has been confined since 8/7/15 (5 months). The government by virtue of its Discovery charged and submitted to the Grand Jury that defendant made/sent "Threatening and harassing" phone calls to "T.P." however at the arraignment on 8/11/15 SA Robert Werner admitted that the two calls to "T.P." did not connect. In other words "T.P." never received the calls. Also, Banks submitted a phone record he received from the government which clearly shows that at the time the craigslist ad was posted <u>he was on the telephone</u>!!!

3. Despite the phone record the government cannot show a "Course of conduct" which is necessary to prove this case. The government has known this since at least 8/11/15 yet after 5 full months Banks continues to be confined.

4. Additionally, Banks notes that out of his Kindle and iPhone 4S the government booked marked <u>5 Lawsuits</u>. Banks civil actions should not be used to allow the government to maintain him in prison for the exercise of his constitutional rights. Additionally, Banks moves again for both of his computer hard drives, the images.

Wherefore, the foregoing motion should be granted.

Respectfully submitted,
Frederick Banks
1207159, 4C5
950 Second Ave
P6b/PA 15219

### Certificate of Service

I hereby certify that on this 6th day of January, 2015 I served a true and correct copy of the foregoing by mail delivery upon the following: Office of the US Atty, 4000 US Courthouse, 700 Grant St, P6h/PA 15219

Frederick Banks