**2:15-cr-168 – USA v. FREDERICK BANKS**
**Notes from Mr. Banks' second telephone call to Chambers on January 13, 2016**

- Mr. Banks telephoned Chambers for a second time on January 13, 2016 at approximately 12:20 PM and spoke with Judge Hornak's Courtroom Deputy for approximately 2 minutes.

- Mr. Banks informed the Court's Deputy that he was following-up from his previous call.

- Mr. Banks reiterated the charges against him are "bogus" and that he needs to be released immediately.

- The telephone call ended at 12:22 PM when Mr. Banks' phone time at the ACJ expired.