UNITED STATES [DISTRICT COURT]
for the Western District of Pennsylvania

United States of America,
v.
Frederick Banks,
Defendant

15-CR-168
03-CR-245
04-CR-176

**FILED**
FEB -4 2016
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

### Notice of Appeal of Oral Order of Magistrate Judge to U.S. District Judge

Defendant Frederick Banks hereby gives notice to the Court and the parties that he appeals the oral orders of the Magistrate Judge denying his subject matter jurisdiction challenges to the U.S. District Judge entered on or about 1/20/16 at the Superceding Indictment arraignment.

1. Defendant under Rule 12 of the Federal Rules of Criminal Procedure challenged in open court the Court's jurisdiction and the Superceding Indictment. The Magistrate Judge denied the motion and stated that it was a matter for Judge Hornak. The Magistrate Judge erred and abused her discretion as under Fed.R.Crim.Proc. 12 a challenge to the Court's jurisdiction can be raised at any time. See Pon v. United States (2nd cir); Fed R. Crim Proc 12. As a result the District Judge should reverse and remand the order of the magistrate and vacate it so that the magistrate can consider his challenge to the Superceding Indictment for lack of subject matter jurisdiction and for failure to state an offense. Defendant also seeks reversal and vacator of the Magistrate order denying a bond hearing because "this was not scheduled as a Bond hearing." The Magistrate Judge should have held the Bond hearing and released defendant on Bond.

2. Defendant notes that the government brought Counts 1-6 at a complete detriment to the U.S. taxpayer as these counts defendant already served 30 months on in USA v Banks, 03-cr-245

[illegible lines] ... Since he cannot be "attempted" under title 18 they run concurrent to those related cases.

Also, as to Count 7 the false swearing count, there is no interstate commerce element ie. the Court lacks subject matter jurisdiction over Count 7 because the 2241 petition did not travel in interstate commerce. As a result count 7 must be dismissed. (The 2241 "next friend" petition per 28 USC § 2242 was purportedly filed in Pittsburgh, PA and sent from a Pittsburgh, PA zip code).

Wherefore, the foregoing should be granted.

Defendant also moves for sanctions against Allegheny County Jail. They have not been giving him court ordered access to the Laptop Computer Discovery and moves for an order requiring the Jail to allow him to bring the computer to Court. In addition defendant moves for sanctions because some of his legal papers and other items were confiscated on or about 1/9/16 and not returned and the Jail is not delivering his legal mail to him.

Respectfully Submitted,

Frederick Banks
120759, ACJ
950 Second Ave.
Pittsburgh, PA 15219
Defendant

Certificate of Service

I hereby certify that on this 31st day of January, 2016 I served a true and correct copy of the foregoing by mail delivery upon the following: Office of the U.S. Atty
1500 US Courthouse
700 Grant St.
Pittsburgh, PA 15219

Frederick Banks