United States District Court
for the Western District of Pennsylvania

United States of America, )
v. ) 15-cr-168
Frederick Banks, )
           Defendant )
(that's magick!) )

[Evidentiary Hearing Requested]

## Motion to Dismiss Superceding Indictment

Defendant Frederick Banks files the foregoing Motion and represents as follows:

1. Defendant has learned that before the Superceding Indictment was returned he was corresponding with the grand jury foreperson on the Grand Jury that returned the Superceding Indictment about the exact same issues concerning Count 1. The correspondence concerned "T.P." Timothy Pwinichay setting up defendant by repairing an Orbit II DVD/CD copier and by pointing his handgun at Meredith Bondi a prosecution witness and former fiancee of defendant in case USA v. Banks, 03-cr-245 (WDPA) and then bringing the current allegations of Count 1 in this case in retaliation for defendant having filed litigation to expose Pwinichay and the FBI setup and refusal to investigate Pwinichay. Also included were complaints about the delay in this case and the court.

2. As a result the entire Grand Jury process was infected and violated the 5th Amendment Grand Jury Clause and 5th Amendment Due Process.

3. The Grand Jury foreperson works for the Western Region office of the ACLU and he received and processed correspondence from defendant before the Superceding Indictment was returned but responded after. He declined to accept a proposed lawsuit against the USA for Defendant's allegations and he referred him to other parties. His signature is an exact match as the signature on the Indictment and Superceding Indictment filed in this case. See Exhibit A ACLU letter from Intake Coordinator attached hereto.

4. As a result of the foregoing allegations the Superceding Indictment should be dismissed with prejudice. Defendant suffered actual prejudice, financial prejudice he went into debt by being made insolvent, lost numerous business deals and income. Legal prejudice as alleged above and oppressive incarceration. Defendant is maintained in solitary confinement 24/7 violation awaiting a decision on a bail motion in this case. His cell contains standing water and he contracted a skin disease on his arms and back which has not been treated. Also, the jail does not provide him with tools to practice his Wicca religion or a religious volunteer.

Wherefore, the foregoing motion should be granted. A hearing should be ordered on this issue.

Respectfully submitted,

Frederick Banks
#170159
BCF, 950 Second Ave
Pittsburgh, PA 15219
Defendant

### Certificate of Service

I hereby certify that on this 2nd day of March, 2016 I served a true and correct copy of the foregoing Motion by mail delivery upon the following:

Office of the US Attorney
400 US Courthouse
700 Grant St.
Pittsburgh, PA 15219

Frederick Banks