IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 15-168 |
| FREDERICK H. BANKS | |

SUPPLEMENT TO GOVERNMENT'S BRIEF
REGARDING ISSUES BEFORE THE COURT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Robert S. Cessar, Assistant United States Attorney for said district, and provides the following Supplement to Government's Brief Regarding Issues Before the Court.

On or about March 15, 2016, defendant FREDERICK H. BANKS did file a pleading in the Western District of Pennsylvania titled Motion to Disclose Electronic Surveillance Under 50 U.S.C. § 1806(f) and Motion to Reopen. The pleading was filed in numerous civil cases previously filed by the defendant, and also under criminal numbers 03-245 and 04-176. The defendant again alleges electronic surveillance by the Central Intelligence Agency within the pleading.

The recent filing by the defendant supplements the government's belief that further evaluation of the defendant is warranted.

The pleading is attached hereto as Exhibit A and is incorporated into the Government's Brief Regarding Issues Before the Court filed by the government at document number 118.

                          Respectfully submitted,

                          DAVID J. HICKTON
                          United States Attorney

                          s/Robert S. Cessar
                          ROBERT S. CESSAR
                          Assistant U.S. Attorney
                          PA ID No. 47736