IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 2:15-cr-168 |
| | ) | |
| FREDERICK BANKS, | ) | Judge Mark Hornak |
| | ) | |
| | ) | Electronically Filed |

**NOTICE OF FILING**

Counsel for Defendant, Adrian N. Roe, respectfully submits this Notice of Filing for purposes of providing the Court with an additional "next friend" habeas petition apparently filed by the Defendant. Attached hereto as Exhibit 1 is the "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Motion to Disclose Electronic Surveillance Pursuant to 50 U.S.C. § 1806(f)" filed by Defendant in the U.S. District Court for the Southern District of New York on January 25, 2016 in the action styled *Graswald v. Warden,* 1:16-cv-563 ("Graswald Petition").

Counsel submits that the Graswald Petition supports the position set forth in the Brief of Defendant's Counsel Regarding Issues Before the Court (ECF No. 116).

Respectfully submitted,

Dated:  March 28, 2016                             s/Adrian N. Roe

Pa. Bar No. 61391
Suite 200, The Frick Building
437 Grant Street
Pittsburgh, PA 15219
412-434-8187
aroe@roelawoffice.com

1