Frederick Banks
#120759
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219

Honorable Mark Hornak
US Courthouse
700 Grant St.
Pittsburgh, PA 15219

3/27/16

RE: USA v. Banks, 15-CR-168; USA v. _____, USA v. Ascani

Dear Judge Hornak,

Adrian Roe, ESQ my attorney has not been down here to see me/ consult since 10/15/15 as a result I'm in the dark. What is the status on the bond reconsideration motion?

As you know I've been exposing a state secret aka electronic surveillance. I would like you to issue an order to the US government to disclose the electronic surveillance under 50 USC § 1806(f). I'm an aggrieved person under that act since at least 2011 if not earlier. I also have the right to an order disclosing electronic surveillance in Banks v. _____ and _____ v. Ascani.

Also, there is ample evidence to believe that electronic surveillance exist as far back as 2003 which would clearly show that FBI agent Timothy Piunchey set me up and did everything I claimed. You should also order the government to disclose that surveillance and tell them to settle with me. Both myself + Meredith Bond, will be taking lie detector tests.

Finally, you should be aware that before the Superseding Indictment was returned I was corresponding with the Grand Jury foreperson about the issues in this case. There is no way in light of this fact that the case can proceed. Due process and the Grand Jury clause were violated. As a result I demand to know why I am still being held. I should have been released. By setting me up the FBI stole 10 years of my life, now they are taking additional years. I must be released and compensated and everyone involved in my persecution has to be investigated. FBI field office in Pittsburgh should be closed pending a complete inquiry. The CIA and Booz Allen investigated.

Frederick Banks