```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 15-168 |
| FREDERICK H. BANKS | |

<u>STATUS REPORT</u>

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, Robert S. Cessar, Assistant United States Attorney for said district, and provides the following notice:

1. Counsel for the United States of America has been contacted by Tracy Taylor, Health Systems Specialist for the Federal Bureau of Prisons via a letter dated May 23, 2016. The letter is attached hereto as "Attachment A".

2. Counsel for the United States of America has responded to the letter dated May 23, 2016. The response is attached hereto as "Attachment B".

 

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

<u>s/Robert S. Cessar</u>
ROBERT S. CESSAR
Assistant U.S. Attorney
PA ID No. 47736