

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

May 23, 2016

TO: Robert S. Cessar, AUSA's Office
Western District of Pennsylvania

RE: BANKS, Frederick H.
REGISTER NUMBER: 05711-068
DOCKET NUMBER: 2:15-cv-168

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina on May 18, 2016, pursuant to the provisions of Title 18, United States Code, Section 4241 (a).

In order to provide the Court with a more comprehensive evaluation, we respectfully request that you forward copies of any collateral information currently maintained in your files. We are especially interested in a copy of the complaint, indictment, investigative reports of the offense which he is charged, sentencing guidelines, and any information pertaining to a history of psychiatric or psychological difficulties, counseling or treatment. Also, if you have the names and telephone numbers of family members or close friends, please include these in your cover letter. To facilitate the timely completion of the examination and due to the time frame allowed by statute for this study, I respectfully request this information be faxed to my attention at (919) 575-2015 or overnight expressed. **If overnight expressed, the delivery courier requires a street address which is 302 Old Oxford Highway 75. In order to ensure that your package arrives promptly, please specify "Federal Correctional Institution" and address it to my attention.**

Should you need additional information, please do not hesitate to contact me at (919) 575-4541, extension 3654. Thank you for your cooperation in this matter of mutual concern.

Respectfully,

Tracy Taylor
Health Systems Specialist

cc: Dr. Heather Ross, Forensic Psychologist
Tiffany Miller, Case Manager

Attachment A