

**U.S. Department of Justice**

*United States Attorney*
*Western District of Pennsylvania*

---

*U.S. Post Office & Courthouse*
*700 Grant Street*
*Suite 4000*
*Pittsburgh, Pennsylvania 15219*   *412/644-3500*

May 24, 2016

Tracy Taylor, Health Systems Specialist
Federal Bureau of Prisons
Federal Correctional Institution
302 Old Oxford Highway 75
Butner, North Carolina  27509

Re:  Frederick H. Banks

Dear Ms. Taylor

In response to your letter dated May 23, 2016.  I have enclosed the following on a compact disk.  The disk is encrypted and the password will be emailed to you.

- Indictment 15-168
- Superseding Indictment 15-168
- Government exhibits 1 and 2 for competency hearing (greeting cards from Mr. Banks)
- The following pleadings filed by Mr. Banks in 15-cr-168:

| Doc. No. | Description or Title |
|---|---|
| 26 | Motion to Vacate Detention Order |
| 29 | SEALED |
| 31 | Motion to Strike Order |
| 33 | Motion to Transfer and Shut Down FBI Pittsburgh |
| 34 | 13th Amendment Petition/Motion |
| 36 | Motion for Hearing for Ineffective Assistance of Counsel |
| 37 | SEALED |
| 40 | CIA Wireless Transmissions |
| 43 | Motion to Receive Discover and Miscellaneous Transcripts |
| 44 | Motion for Reconsideration |
| 45* | Order by Court (not filed by Mr. Banks) and Exhibits A and B |
| 47 | Motion to Dismiss and Suppress |

Attachment B

| 48 | Motion Challenging Statements of Judge Hornak |
| --- | --- |
| 50 | Motion to Dismiss and Suppress |
| 53 | Motion to Dismiss Indictment |
| 56 | Motion to Disclose Surveillance |
| 58 | Notice of Appeal |
| 63 | Letter to Judge Joy Flowers Conti |
| 64 | Motion for Hearing on Letter to the President of the United States and Exhibit |
| 66* | Notes from call from Mr. Banks to Judge Hornak's Chambers |
| 67 | Motion to Compel Discovery and to Dismiss |
| 71 | Letter to United States Marshals Service |
| 78 | Correspondence from Mr. Banks to Chambers |
| 81* | Notes from call from Mr. Banks to Judge Hornak's Chambers |
| 87 | Motion for Return of Property |
| 88 | Notice of Attorney Scorecard |
| 90* | Government Exhibit 11 |
| 91 | Notice of Defenses to Indictment |
| 93 | Motion to Take Judicial Notice |
| 94 | Motion to Subpoena Individuals Regarding Voice to Skull |
| 95 | Motion for Reconsideration |
| 99* | Notes from call from Mr. Banks to Judge Hornak's Chambers |
| 101* | Notes from call from Mr. Banks to Judge Hornak's Chambers |
| 102 | Motion for Sanctions |
| 106 | SEALED |
| 107 | Motion to Suppress Evidence |
| 109 | Notice of Appeal |
| 113 | Motion to Suppress |
| 114 | Motion to Disclose Electronic Surveillance |
| 117 | Motion to Dismiss Count 7 |
| 119 | Reply and Supplement |
| 120 | Motion to Dismiss Superseding Indictment and Exhibit |
| 122* | Notice of Filing and Exhibit |
| 124 | Letter to Chambers |
| 125 | Motion to Disclose Surveillance |
| 127 | Motion for Release and Other Relief and Exhibits |
| 128 | Notice of Defense Exhibit |

*These documents were entered by either the Court or defense counsel but contain statements made by Mr. Banks

- The following pleadings filed by Mr. Banks in 15-cv-1583:

| Doc. No. | Description or Title |
|---|---|
| 1-1 | Habeus Petition |
| 10 | Motion to Vacate Judgments |
| 11 | Motion to Subpoena Indivduals |

If you have any questions, please call me at 412-894-7329.

Sincerely,

ROBERT S. CESSAR
Assistant U.S. Attorney

Enclosure