

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*P. O. Box 1000*
*Butner, North Carolina 27509*

---

May 23, 2016

The Honorable Mark R. Hornak
United States District Court
Western District of Pennsylvania – Pittsburgh
Joseph F. Weis Jr. U.S. Courthouse
700 Grant Street, Courtroom 6A
Pittsburgh, PA 15219

RE:  BANKS, Frederick H.
     REGISTER NUMBER: 05711-068
     DOCKET NUMBER: 2:15-cv-168

Dear Judge Hornak:

The above-referenced individual was admitted to the Federal Correctional Institution, Butner, North Carolina, on May 18, 2016, pursuant to the provisions of Title 18, United States Code, Section 4241 (a).  Currently, the evaluator is conducting interviews and psychological testing with Mr. Banks, which are necessary to complete his evaluation.  In order to complete extensive psychological testing, I respectfully request the evaluation period start on the date of his arrival at this institution and be extended for fifteen days.  If this request is granted, the evaluation period will end on July 1, 2016.  Staff will complete the evaluation as soon as possible after that date and notify the U.S. Marshals Service and the Clerk of Court when the evaluation is completed.  If you concur, please complete the bottom section of this request and return by fax machine to ▮▮▮▮▮, Health Systems Specialist, at ▮▮▮▮▮, and to ▮▮▮▮▮, Supervisory Inmate Systems Specialist, at ▮▮▮▮▮.

Thank you in advance for your assistance in this matter.  If you need additional information, please contact me at ▮▮▮▮▮.

Respectfully,

_[signature]_

▮▮▮▮▮
Warden

[X]  The above requested extension of time is hereby granted

[ ]   The above requested extension of time is not hereby granted

Signature: _[signature]_                     DATE: 5-26-16
U.S. District Judge Mark R. Hornak