USA,
v.
Frederick Banks, Defendant

15-CR-168

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUT-N-A

---

*BOP Exhibits in Support of Competency Evaluation*

FROM: 05711068
TO: BUT/CTPAdministrator
SUBJECT: ***Request to Staff*** BANKS, FREDERICK, Reg# 05711068, BUT-N-A
DATE: 05/26/2016 07:59:38 AM

**FILED**

**JUN - 1 2016**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

To: Dr. Ross
Inmate Work Assignment: none

Hello there. I submitted an email to Dr. Ross concerning her retrieving my arraingment/bond hearing transcripts from 8/11/15 in which FBI agent Robert Werner recanted his statements in which he retracted the statement that FBI agent Timothy Pivnichny, who I had claimed for over ten years in litigation "set me up" by brandishing/threatening his firearm towards my fiancee Meredith Bondi and tampered with physican evidence in the case by repairing an Orbit II DVD/CD Copier before trial and demonstrating it, received telephone calls from me. Werner stated that the calls "did not connect" and Pivnichny never received them. For over ten years I tried to get the FBI to investigate this but they never did instead they covered it up and sent me for a mental evaulation. I attempted to get them to investigate this by bringing these issues up in the case itself which is USA v. Banks, 03-CR-245 (WDPA) and by filing litigation against the FBI and numerous complaints including a complaint to FBI headquarters. The filed litigation is of course documented on the public record and can easily be googled (Google "Frederick Banks v Timothy Pivnichny"). I already spent 9 months being evaluated by Dr. Robert Wettstein who stated that I was competent. Wettstein also previously found me competent to represent myself at a previous federal revocation hearing in which pro se I got one of the charges dismissed. Also, in a previous federal case I represented myself at trial. I went to school to be a paralegal and worked for a law firm and now own and operate a legal research firm called Hamilton Brown www.facebook.com/hamiltonbrownfirm along with numerous other businesses. See @fredbanks123 on www.twitter.com. I wanted to make sure she receives that and that you document this email in your system. Thanks.

-Frederick Banks, 05711068, FCI, Butner, NC 27509

"Calafia" & "Breathless"
the new CD's by Vampire Nation out now on Hexagon Records
www.mtv.com/artist/vampire-nation
www.facebook.com/hexandthecity

---

All Adrian Roe, ESQ must do is file a Motion to Disclose the CIA electronic surveillance pursuant to 18 USC § 1806(f) and 18 USC § 1825(g) seeking an order from the Court to disclose all and any electronic surveillance on Defendant from 2003 to present by the government. This Motion will end this mental nonsense. I demand that counsel file the Motion and I admonish Counsel for failing to visit me since October 15, 2015. ABA code of conduct requires attorneys to stay in conduct and communication with their clients. Counsel has not done so. What Roe needs to do is <u>File the Motion!!! ASAP!</u> I requested through several letters that he do so yet almost 1 year later he still has not done this.

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUT-N-A

---

FROM: BUT/Psychology
TO: 05711068
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/26/2016 02:07:01 PM

Mr. Banks,


Please send your request to BUT/InmateToCTPAdministrator.



>>> ~^!"BANKS, ~^!FREDERICK H" <05711068@inmatemessage.com> 5/23/2016 1:46 PM >>>
To:
Inmate Work Assignment: arraignment transcipts

Hi Dr. Ross this is Frederick Banks when you talk to counsel or the ausa or the court can you make sure you get the transcripts from the 8/11/16 arraignment/bond hearing in USA v. Banks 15-CR-168(WDPA) because in that transcript the FBI agent S.A. Robert Werner recanted a previous statement he made to the grand jury. He stated the alleged phone calls did not connect and "T.P." never received them. I wanted you to see that.
    Also, Wettstein's report is inaccurate in that it doesn't have me as an American Indian which is my race it has me as African American I tried to tell him that the BOP classifies me as an American Indian.
    Lastly, I wanted you to know that I'm a recording musician my band is called Vampire Nation See: www.mtv.com/artist/vampire-nation  (my picture is on the site.) Thanks for your help

-Fred


Certificate of Service

I hereby certify that on this 25th day of May, 2016 that I served a true + correct copy of the foregoing by mail delivery upon the following;

Office of the US Atty
1000 US Courthouse
700 Grant St.
Pittsburgh, PA 15219


Frederick Banks