TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUT-N-A

----------------------------------------------------------------------------------------------------

FROM: 05711068
TO: Business Office
SUBJECT: ***Request to Staff*** BANKS, FREDERICK, Reg# 05711068, BUT-N-A
DATE: 06/07/2016 12:07:15 PM

To: comp 1
Inmate Work Assignment: none

United States District Court, western District of PA
USA,
    v.
Frederick Banks, Plaintiff,
    v.                                                    ~~Civil~~ No. 15-CR-168
Hon Richard W. Roberts;                                             04-CR-176
Hon Henry H. Kennedy;
Hon Rosemary M. Collyer;
Hon Richard J. Leon;
Hon G. Michael Harvey;
Hon Michael W. Mosman;
Hon Reggie B. Walton;
Hon Susan C. Bucklew;
Hon Elizabeth A. Kovachevish;
Hon Julie S. Sneed;
Hon Virginia M. Hernadez Covington;
Hon James S. Moody, Jr.;
Hon Steven D. Merryday;
Hon Charlene Edwards Honeywel;
Hon Mark Hornak;
Hon Joy Flowers Conti;
Hon Lisa Pupo Lenihan;
Hon Cathy Bisoon;
AUSA Robert Cessar;
US Atty David Hicton;
S.A. Timothy Pivnichny;
S.A. Sean Langford;
S.A. Robert Werner; Adrian Roe, ESQ;
Federal Bureau of Investigation;
John Brennan, Director of Central Intelligence;
Central Intelligence Agency;
Senator Marco Rubio; Barack Obama;
Senator Ted Cruz; Senator Bernie Sanders;
Senator John McCain; Senator Lindsey Graham;
Senator Charles Schumer; Senator Mitch McConnell;
United States Marshall's Service, Defendants.

FILED
JUN 14 2016
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION COMPLAINT for Relief

Plaintiff alleges the following;
1. In 2003 - 2004 FBI agent Timothy Pivnichny while interviewing Plaintiff's fiance Meredith Bondi put his loaded handgun to her head to illicit testimony against Plaintiff in front of a Federal Grand Jury. Pivnichny also fixed or caused to be fixed an Orbit II DVD/CD Copier belonging to Plaintiff. As a result Plaintiff did ten years in federal prison. Pivnichny fled to Tampa Florida where numerous judges, Defendant's gave him sanctuary and allowed him to continue to operate.
2. When Plaintiff filed lawsuits against pivnichny to expose his actions, Pivnichny from his judicial shelter in Tampa Florida claimed Plaintiff threatened and harassed him!
3. Plaintiff was arrest by 40 FBI agents for harassing communications by telephone on Friday 8/7/16.
4. On Tuesday 8/11/16 one of the arresting agents Robert Werner at the arraignment testified that the alleged Threatening and Harassing phone calls from Plaintiff to Pivnichny did not happen. (The calls "did not connect" and Pivnichny never received them.). Not only were there no threats or harassment, Pivnichny did not receive any calls from Plaintiff. Werner's testimony was made under oath. See. USA v. Banks, 15-CR-168(WDPA)(Transcript of Arraignment & Bond Hearing of 8/11/16).
5. Pivnichny because he set Plaintiff up previously was paranoid, mentally ill, and delusional yet instead of investigating Pivnichny and sending him for a mental evaluation Judge mark Hornak and his colleagues in Florida continued to protect

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUT-N-A

--------------------------------------------------------------------------------

Pivnichny and Cynthia Reed Eddy who was present when Pivnichny brandished/threatened his firearm at Meredith Bondi and ordered Plaintiff not Pivnichny be sent for three separate mental evaluations in the case where Plaintiff was accused of Threatening and Harassing Pivnichny by telephone.

6. Despite the government crack down on wasteful spending Hornak continued the charade to waste and expend tax papyer dollars.

7. Cessar and hicton continued to insist that Plaintiff was delusional.

8. The FBI through the Foreign Intelligence Surveillance Court simply to harass Plaintiff because of his allegations against Pivnichny received a bogus and illegal FISA Warrant. As a result Brennan & the CIA placed Plaintiff under electronic surveillance.

9. Cessar urged Hornak not to order the government to disclose the electronic surveillance because the surveillance would show that Pivnichny set Plaintiff up and the FBI and US Attorney's Office covered it up, while Roe requested a hearing on the existence of the electronic surveillance in USA v. Banks 15-CR-168(WDPA).

10. Though Roe requested a hearing on the issue he continued to misrepresent to the Plaintiff and the Court that two documents entitled "Telepathic Behavior Modification" did not exist on the CIA's website www.cia.gov despite the fact that Plaintiff had downloaded these documents on several occasions. The electronic surveillance of Plaintiff for engaging in a First Amendment protected activity was illegal. See Interviews of Dr. Robert Duncan, a CIA Scientist and Dr. John Hall author of "Guinea Pigs" at www.youtube.com (explaining surveillance technology).

11. As a result of Defendant's willful and intentional conspiratal actions which violated the 1st, 5th, 6th and 8th Amendment's Defendant's are liable to Plaintiff in the amount of $500,000,000.00 plus costs, interest and fees. Plaintiff demands a Jury Trial.

12. JURISDICTION: This Court has Jurisdiction Pursuant to 28 USC 1331 and under 28 USC 1332 because Plaintiff is a citizen of North Carolina and Defendant's are citizens of several other states. Also, the court specifically has jurisdiction because the wireless signal the CIA utilized originated or passed through this district.

WHEREFORE, Judgment should be entered for Plaintiff and against Defendant's in the amount of $500,000,000.00 plus costs, interest and fees along with Declaratory Relief to end the electronic surveillance and disclose it pursuant to 50 USC 1806 (f). A Jury Trial should be ordered.

Frederick Banks
05711068
FCI
PO Box 1000
Butner, NC 27509.

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUT-N-A

---

FROM: 05711068
TO: Business Office
SUBJECT: ***Request to Staff*** BANKS, FREDERICK, Reg# 05711068, BUT-N-A
DATE: 06/08/2016 12:08:01 PM

To: comp supp.
Inmate Work Assignment: none

13. Paragraphs 1 through 12 are hereby incorporated by reference and realleged as if fully set forth again.
    Federal Tort Claims Act Claims against the FBI & CIA
14. During 2011 and continuing until present as stated the FBI applied for and received a FISA Warrant against Plaintiff and as a result of the warrant placed Plaintiff under illegal electronic surveillance without his consent. There were no legitimate grounds to receive the warrant because Plaintiff is neither a foreign power nor an agent thereof as required by FISA. (Foreign Intelligence Surveillance Act.)
15. Agents of the FBI and CIA and Booz Allen Hamilton, a federal contractor unlawfully received, intercepted, disclosed and intentionally used wire and electronic communications and surveillance, and other types of surveillance known and unknown to and of the Plaintiff illegally to his detriment in violation of 18 USC 2516. The surveillance included cracking into his iphone 4S and deleting the password, hacking into multiple computers and accessing his hard wired internet access through Verizon and Clear, and sending and receiving data from a wireless signal sent via satellite including video and audio. Plaintiff moves for discovery on the electronic surveillance and an order from the court against the CIA and FBI and government pursuant to 50 USC 1806(f).
16. In May and June 2016 Plaintiff attempted to exhaust administrative remedies by filing multiple Federal Tort Claims to the CIA and FBI however, when he went to the law library at FCI Butner where he is confined he was told by the worker that they no longer have Federal Tort Claims and was told to contact his unit team. Plaintiff contacted his Case Manager who told him she would try to locate the forms. However, Plaintiff never received the FTC forms and as a result has exhausted all available remedies for purposes of the Federal Tort Claims Act.
17. Pursuant to 18 USC 2707 and 18 USC 2712 Plaintiff is entitled to damages in the amount of $500,000.00 along with punative damages totaling $1.1 Billion Dollars.
WHEREFORE, Judgement should be entered for Plaintiff and against Defendant's in the amount of $1.1 Billion Dollars plus costs, interest and fees. On the FTCA claims a Judge Trial should be ordered.

Respectfully submitted,

Frederick Banks