TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUT-N-A

---

FROM: 05711068
TO: BUT/CTPAdministrator
SUBJECT: ***Request to Staff*** BANKS, FREDERICK, Reg# 05711068, BUT-N-A
DATE: 06/02/2016 05:22:55 PM

To: Dr. Ross
Inmate Work Assignment: none

Hello again. I have a few more sources that I want to provide you with to attach to the evaluation because they relate to Count 7 of the Superceding Indictmment as follows;
    1. An article on "synthetic telepathy" on nbcnews.com discussing how in 2008 the Army was developing it.
    2. "Voice of God Weapon" from wired.com dealing with how it was employed in the war Dessert Storm by the US Army and how Iraqi soldiers before they surrendered heard in their head "Allah want's you to surrender". They stated that Allah told them this as a result they all surrendered according to the article.
    3. An article from usatoday.com from 8/2015 on Vester Flannigan and Allison Parker a VA reporter who was killed by him live on TV and during his escapre he tweeted about it. In the Article it stated that Flannigan said "Jehovah told me to act." which was alleged in the 2241 Petition the subject of Count 7 related to the Voice of God Weapon and tied to Laurel Michelle Schlemmer because she reported hearing voices which told her to kill her sons before she allegedly acted in the state case. The "next friend" Petition of Count 7 alleged that she was innocent of the acts because the CIA employed the technology against her to prompt her to commit the offenses. I've in fact linked the technology to over five murders!!! and exposed this.
    4. Testimonials and a survey from Freedom from Covert Harassment www.freedomfch.com stating that there are 300,000 US Citizens who are victims of electronic harassment.
    5. Finally, if you can google "you are just"+"in the matrix"+"navy cryptology" you should find an article on the subject dealing with "the matrix" it is written by an ex Navy officer who sites to Navy intelligence sources. In the article he states that there is an electronic net across the world employed by the US government and anyone can be taken over at any time and controlled. This I believe is the same technology we discussed and I've sited to here.
    6. As we discussed from youtube.com the Interviews of Dr. Robert Duncan, a CIA Scientist and Dr. John Hall the author of "Guinea Pigs" and "A New Breed of Satellite Terrorism in America". Robert Duncan as I said is a CIA agent who worked on the technology has many books and is out exposing this on youtube and Dr. John Hall is a medical doctor from San Antonio Texas who came across a patient in "New Breed" and wrote about it and concluded that the technology exists. I'd like you to also read and attach the chapter on "Targeted Individuals" from Guinea Pigs.
    7. Also last but not least on youtube there is a video that Aaron Alexis made before he did they Navy Shooting. In Part one of the video he discusses the technology he was indeed a target. Thanks.
-Fred


Exhibit A

FROM: 05711068
TO: BUT/CTPAdministrator
SUBJECT: ***Request to Staff*** BANKS, FREDERICK, Reg# 05711068, BUT-N-A
DATE: 06/02/2016 06:30:31 AM

To: Dr. Ross
Inmate Work Assignment: none

Hello again Dr. Ross. Yesterday at our meeting you asked me what crime I'm reporting relating to FBI Special Agent Timothy Pivnichny's actions to intimidate Meredith bondi and tamper with physical evidence in the previous case in which I served a ten year prison sentence. The specific crimes are as follows:

18 USC 241 Conspiracy against Rights
18 USC 242 Deprivation of Rights under Color of Law
18 USC 1503 Evidence Tampering/Influencing Jurors
18 USC 1512 Tampering with a Witness

There are actually to many to list! But I wanted to give you an idea of the alleged offenses. I reiterate that failure to report the crimes is an offense itself called Misprison of Felony.

Thanks.

-Frederick Banks

FROM: 05711068
TO: BUT/CTPAdministrator
SUBJECT: ***Request to Staff*** BANKS, FREDERICK, Reg# 05711068, BUT-N-A
DATE: 05/26/2016 07:59:38 AM

To: Dr. Ross
Inmate Work Assignment: none

Hello there. I submitted an email to Dr. Ross concerning her retrieving my arraingment/bond hearing transcripts from 8/11/15 in which FBI agent Robert Werner recanted his statements in which he retracted the statement that FBI agent Timothy Pivnichny, who I had claimed for over ten years in litigation "set me up" by brandishing/threatening his firearm towards my fiancee Meredith Bondi and tampered with physican evidence in the case by repairing an Orbit II DVD/CD Copier before trial and demonstrating it, received telephone calls from me. Werner stated that the calls "did not connect" and Pivnichny never received them. For over ten years I tried to get the FBI to investigate this but they never did instead they covered it up and sent me for a mental evaulation. I attempted to get them to investigate this by bringing these issues up in the case itself which is USA v. Banks, 03-CR-245 (WDPA) and by filing litigation against the FBI and numerous complaints including a complaint to FBI headquarters. The filed litigation is of course documented on the public record and can easily be googled (Google "Frederick Banks v Timothy Pivnichny"). I already spent 9 months being evaluated by Dr. Robert Wettstein who stated that I was competent. Wettstein also previously found me competent to represent myself at a previous federal revocation hearing in which pro se I got one of the charges dismissed. Also, in a previous federal case I represented myself at trial. I went to school to be a paralegal and worked for a law firm and now own and operate a legal research firm called Hamilton Brown www.facebook.com/hamiltonbrownfirm along with numerous other businesses. See @fredbanks123 on www.twitter.com. I wanted to make sure she receives that and that you document this email in your system. Thanks.

-Fred

"Calafia" & "Breathless"
the new CD's by Vampire Nation out now on Hexagon Records
www.mtv.com/artist/vampire-nation
www.facebook.com/hexandthecity

TRULINCS 05711068 - BANKS, FREDERICK H - Unit: BUT-N-A

---

FROM: 05711068
TO: BUT/CTPAdministrator
SUBJECT: ***Request to Staff*** BANKS, FREDERICK, Reg# 05711068, BUT-N-A
DATE: 06/08/2016 04:54:40 PM

To: General Psychologist
Inmate Work Assignment: none

Hey there. I wanted to send this to the General Psychologist that I spoke to previously at mainline. I don't know her name but here is what I wanted to say. I'm writing because I want you to document this in your system and investigate my allegations. Until you look up what I have to say it may sound "outlandish" but it is not. In 2011 or thereabouts while serving time at FCC Forrest City, AR I came under electronic surveillance by the CIA. At the time this happened to me I had no way of knowing what was happening but I reported it and to make a long story short ended up with dual psych desigations. However, when i was released and researched this I made several startling discoveries. First I found out that I was not "crazy" and that this CIA electronic surveillance (which is a form of electronic harassment) is quite common in fact 300,000 people according to Freedom from Covert Harassment are currently subject to this in the USA. See freedomfch.corn The CIA harassers identified themselves as being from the "CIA Office of Science and Technology Behavior Modification Unit." I had no idea the CIA had an office of Science and Technology and don't believe that many people know that. I looked this up and found out indeed they do have such as office. See cia.gov I also found two documents entitled "Telepathic Behavior Modification" at www.cia.gov that were released under the Freedom of Information Act. My allegations are this for a very long time and especially since the events of 911 the CIA has been electronically harassing certain individuals to control various policies in the USA including gun control policy. This technology is being utilized via satellite with GPS tracking and is a wireless signal (it comes in through the ears) when the signal hits you the CIA can transmit to you in real time as in a radio signal, pipe in audio and video, and manipulate your mind. I've personally spoken to dozens of "targeted individuals" (which is what they call themselves) and when this technology hits you it manifest in a variety of different ways. There are many names the general public and government refer to electronic surveillance and I will give you some of the terms. Voice to Skull, Remote Neural Monitoring, Gang Stalking, Microwave Hearing, The Frey Effect, The Microwave Auditory Effect, DEW (Directed Energy Weapons), SIGINT (signals intelligence), Voice of God Weopon (search wired.com), "synthetic telepathy" see and search nbcnews.com, remote body modification etc. I have linked the use of this technology to several murders including:
   1. Aarron Alexis (the navy shooter) before he committed the acts he made a video in part one of it which you can find on youtube.com he describes the technology that is harassing him.
   2. Vester Flannigan, Allison Parker and her cameraman. Flannigan killed them both live on TV in VA and tweeted about it as he was escaping. In a usatoday.com article in august 2015 Flannigan stated "Jehovah told me to act" which is exactly like the "Voice of God Weapon" from wired.com
   3. Laurel Michelle Schlemmer is a murder defendant out of Pittsburgh, PA. Schlemmer stated that she heard voices directly before she drowned her two sons. I found a case out of the 9th District in Idaho called Foggy v. United States Government in which the Plaintiff Tamra Foggy alleged that the US government placed "Hollywood Voices" inside her head which told her to kill her son.
   In short i'd like you to search youtube.com for the Interviews of Dr Robert Duncan, a CIA scientist and Dr. John Hall author of "Guinea Pigs" and "A New Breed of Satellite Terrorism" in which they both describe the technology in detail. Duncan has books as well. Also, I'd like you to look at "Thermal Imaging" which is the CIA operators have the ability to see what a target sees in real time. Also check "targeted individuals" at youtube and you will find numerous testimonials of targets who have little to no idea what is happening to them. Electronic surveillance is a "state secret" but I found a statute which trumps the state secret defense. See Title 50 USC 1806(f). I'm bringing this to your attention because I was targeted while I was in BOP custody during a previous sentence I was serving and there are many many people like myself in the BOP and you may have no idea that many of these so called mentally ill inmates are actually under CIA electronic harassment. I would love to talk to you more about this because i'm sure you'll have questions about my averments. I was targeted because i would not stop suing the FBI and government because in my previous case I have evidence that an FBI agent named Timothy Pivnichny set me up by threatening my former fiancee with his gun and tampered with physical evidence in the case. Instead of investigating my allegations I came under CIA electronic surveillance! and am here no because that same agent claimed I harassmed him!!! An allegation that the FBI agent working on the case has already recanted!!!!!!
   I appreciate you taking a look at this.

-Frederick Banks
"Calafia" and "Breathless"
The new Vampire Nation CD's out now on Hexagon Records
www.mtv.com/artist/vampire-nation
available on itunes and amazon