

**U.S. Department of Justice**
Federal Bureau of Prisons

*Federal Correction Institution*
*Old NC Hwy 75*
*PO Box 1000*
*Butner NC 27509-1000*

July 28, 2016

The Honorable Mark R. Hornak
United States District Court
Western District of Pennsylvania
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, Pennsylvania 15219

RE:   Banks, Frederick H.
      Register Number: 05711-068
      Docket Number: 2:15-cr-00168-MRH

Dear Judge Hornak:

I am writing to provide you a status update on the above case. In your order filed July 13, 2016, you ordered that the Warden at FCC Butner or his designee should file a status report on the progress of the evaluation and report on Mr. Banks on or before July 31, 2016. I am the psychologist conducting the evaluation of Mr. Banks. I have completed my interviews and testing with the defendant and am now in the process of reviewing the voluminous records associated with the case and writing my report. I expect the writing of the report to be completed next week, and the report would then be routed through the executive staff here at FCI Butner, prior to its being sent to the Court and attorneys. Mr. Banks remains at FCI Butner, pursuant to the same order.

If I can be of further assistance in this matter, please do not hesitate to contact me at (919) 575-4541 or hross@bop.gov.

Respectfully,

Heather H. Ross, Ph.D.
Sex Offender Forensic Psychologist

cc:   Robert S. Cessar, AUSA
      Adrian N. Roe, defense attorney